AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Kennelly, Matthew F. | 2. Court or Organization<br><br>Northern District of Illinois | 3. Date of Report<br><br>05/09/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>United States District Court<br>219 South Dearborn Street<br>Chicago, Illinois 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Lawyers Club of Chicago (bar organization) |
| 2. Director | Richard Linn American Inn of Court (bar organization) |
| 3. Director | Federal Bar Assocation, Chicago Chapter (bar organization) |
| 4. Director | HFS Chicago Scholars (not for profit scholarship fund) |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Kennelly, Matthew F.

| Name of Person Reporting | Date of Report |
|---|---|
| Kennelly, Matthew F. | 05/09/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | City of Evanston, Illinois |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | 10/20/2010 - 10/21/2010 | New York City, NY | speaker at seminar | transportation, food & lodging |
| 2. | Assn. of Intellectual Property Lawyers of America | 10/21/2010 - 10/21/2010 | Washington, DC | speaker at seminar | transportation, food & lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Union League Club of Chicago | Privilege holder (< dues than member; privilege of using facilities @ standard fees) | $1,800 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennelly, Matthew F. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Amer. Funds Growth Fund of America mut. fund | B | Dividend | M | T | | | | | |
| 2. Amer. Funds Fundamental Investors mut. fund | C | Dividend | M | T | | | | | |
| 3. Amer. Funds Investment Co. of America mut. fund | C | Dividend | M | T | | | | | |
| 4. Amer. Funds Europacific Growth Fund mut. fund | C | Dividend | M | T | | | | | |
| 5. Amer. Funds New Perspective mut. fund | B | Dividend | M | T | | | | | |
| 6. Amer. Funds Smallcap World Fund mut. fund | B | Dividend | L | T | | | | | |
| 7. MFS Municipal Bond Fund mut. fund | C | Dividend | L | T | | | | | |
| 8. Amer. Funds Tax Exempt Bond Fund of Amer. mut. fund | C | Dividend | L | T | | | | | |
| 9. Baird Insured Deposit - money mkt. fund | A | Dividend | | | Sold | 07/19/10 | J | | |
| 10. Dreyfus Insured Deposit - money mkt. fund | A | Dividend | J | T | Buy | 07/19/10 | J | | |
| 11. Fidelity Cash Reserves - money mkt. fund | A | Dividend | M | T | | | | | |
| 12. Fidelity Growth & Income mut. fund | A | Dividend | K | T | | | | | |
| 13. JP Morgan Chase bank accounts | A | Interest | J | T | | | | | |
| 14. JP Morgan Chase checking account | | None | J | T | | | | | |
| 15. U.S. Savings Bonds | | None | J | T | | | | | |
| 16. Amer. Funds AMCAP Fund mut. fund (IRA) | A | Dividend | L | T | | | | | |
| 17. Amer. Funds Growth Fund of Amer. mut. fund (IRA) | A | Dividend | K | T | | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)
2. Value Codes
(See Columns C1 and D3)
3. Value Method Codes
(See Column C2)

| | | | | |
|---|---|---|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennelly, Matthew F. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Amer. Funds Investment Co. of Amer. mut. fund (IRA) | A | Dividend | K | T | | | | | |
| 19. Amer. Funds Wash. Mut. Investors mut. fund (IRA) | B | Dividend | K | T | | | | | |
| 20. Amer. Funds Europacific Growth Fund mut. fund (IRA) | B | Dividend | M | T | | | | | |
| 21. Amer. Funds Smallcap World Fund mut. fund (IRA) | B | Dividend | M | T | | | | | |
| 22. Amer. Funds Bond Fund of America mut. fund (IRA) | D | Dividend | N | T | | | | | |
| 23. Amer. Centry Heritage Fund mut. fund (IRA) | | None | M | T | | | | | |
| 24. Frank Russell Real Estate Secs Fund mut fund (IRA) | B | Dividend | M | T | | | | | |
| 25. Amer. Century Small Cap Grth mut. fund (IRA) (name change) | | None | M | T | | | | | |
| 26. Amer. Funds High Income Trust mut. fund (IRA) | C | Dividend | L | T | | | | | |
| 27. Amer. Funds Capital World Fund bond fund (IRA) | C | Dividend | M | T | | | | | |
| 28. Baird Insured Deposit money mkt fund (IRA) | | None | | | Sold | 07/19/10 | J | | |
| 29. Dreyfus Insured Deposit money mkt fund (IRA) | A | Dividend | J | T | Buy | 07/19/10 | J | | |
| 30. Northwestern Mutual Extra Ordinary Life ins. policy | D | Dividend | M | T | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50.001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennelly, Matthew F. | 05/09/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Gifts: Following my appointment in 1999, I was accorded "privilege holder" status at the Union League Club of Chicago. This is non-membership status that entitles the privilege holder to use club facilities at the standard rates for club members. The reported value consists of the approximate difference between my monthly dues and those charged to members.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Matthew F. Kennelly

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544